**Marilyn L. Konrad, Plaintiff-Appellee, v. Ronald F. Konrad, Defendant-Appellant.**

**Gen. No. 49,884.** 

First District, Second Division.

April 27, 1965.

Irving Breakstone, of Chicago, for appellant; Sanford J. Greene, of Chicago, for appellee. Opinion by JUSTICE BRYANT. **Not to be published in full.**